```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| MARCUS TERRELL DAVIS,<br><br>             Plaintiff,<br><br>     v.<br><br>CAMDEN COUNTY JAIL,<br><br>             Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 16-5987 (JBS-AMD)<br><br>**ORDER** |

This matter having come before the Court on Plaintiff's Complaint (Docket Entry 1); the Court having considered the submissions of the Plaintiff; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **19th** day of **October**, **2016,** hereby

**ORDERED** that the complaint is DISMISSED WITH PREJUDICE for failure to state a claim, 28 U.S.C. § 1915(e)(2)(B)(ii); and it is finally

**ORDERED** that the Clerk of the Court shall serve Plaintiff with copies of this Opinion and Order via regular mail and mark this case **CLOSED.**

                              **s/ Jerome B. Simandle**
                              JEROME B. SIMANDLE
                              Chief U.S. District Judge